Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.
 

 Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary determination finding him guilty of violating multiple disciplinary rules. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner’s institutional record and the $5 mandatory surcharge will be refunded to petitioner’s inmate account. As petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (see Matter of Mokas v Venettozzi, 138 AD3d 1342, 1342-1343 [2016]).
 

 Peters, P.J., McCarthy, Lynch, Rose and Mulvey, JJ., concur.
 

 Adjudged that the petition is dismissed, as moot, without costs.